# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2876
LT Case No. 2020-DP-000095

_____

A.R., FATHER OF K.L.R., A CHILD,

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Citrus County.
Richard A. Howard, Judge.

Ilene F. Tuckfield, of Ilene F. Tuckfield, P.A., Coral Gables, for
Appellant.

Rachel Batten, of Children's Legal Services Department of
Children and Families, Brooksville, for Appellee.

Sara E. Goldfarb, Statewide Director of Appeals, and Amanda
Victoria Glass, Senior Attorney, of Guardian ad Litem Office,
Tallahassee, for Guardian ad Litem.


January 17, 2024

PER CURIAM.

    AFFIRMED.

MAKAR, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____